Arogant Hollywood
Alison Helen Fairchild
1308 E. Colorado Blvd.
Pasadena, CA 91106
Mobile: (323) 200-4449
Mobile: (310) 403-7331
Email: causeofaction39@gmail.com
Email: alisonhfairchild@gmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF THE STATE OF CALIFORNIA
# CENTRAL DISTRICT, WESTERN DIVISION

| | |
|---|---|
| AROGANT HOLLYWOOD, ALISON HELEN FAIRCHILD, <br><br> Plaintiff(s), <br><br> vs. <br><br> PUBLIC STORAGE, INC., PUBLIC STORAGE PROPERTIES XV, INC., PS ORANGECO HOLDINGS, INC., BRADLEY WAYNE HUGHES JR., DOES 1-10, <br><br> Defendant(s), | **Case No. 5:18- cv-01822-JGB-GJS** <br> Judge: Honorable Jesus G. Bernal <br> Magistrate Judge: Honorable Gail J. Standish <br><br> **APPLICATION TO WITHDRAW EX-PARTE APPLICATION** <br><br> **[C.D. CAL. L.R. 7-19.1]** <br><br> Discovery Cut-Off Date:   None-Set <br> Pretrial Conference Date:   None-Set <br> Trial Date:   None-Set <br> Date of Hearing   September 5, 2018 <br> Complaint Filed On:   August 27, 2018 |

**APPLICATION TO WITHDRAW EX-PARTE APPLICATION**

In good faith to preserve the Central District court's resources Plaintiffs are requesting to withdraw their application for TRO. Plaintiff Hollywood spoke to Defendants' attorney John E. Walker on the evening of September 5, 2018. Plaintiffs have been assured by Defendants that their personal property will not be sold at a public auction on September 7, 2018. Defendants have agreed to unlock both self-storage units and permit Plaintiff Alison Helen Fairchild access to her two self-storage units.

Plaintiffs Arogant Hollywood and Alison Helen Fairchild have agreed to stipulate to a 15 day extension to Defendants' current September 18, 2018 deadline to file their responsive pleadings in this case.

**DATED: September 5, 2018**

_____
**Arogant Hollywood**

_____
**Alison Helen Fairchild**