JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AROGANT HOLLYWOOD, et al.,<br>Plaintiffs<br>v.<br>PUBLIC STORAGE, INC., et al.,<br>Defendants. | Case No. 5:18-cv-01822-JGB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Cases With Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 19, 2019

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE